FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Aug 16, 2021

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

JEFFREY B.,

v.

KILOLO KIJAKAZI, ACTING COMMISSIONER OF SOCIAL SECURITY,[1]

Defendant.

No.  2:21-CV-0041-JTR

ORDER GRANTING STIPULATED MOTION FOR REMAND PURSUANT TO SENTENCE FOUR OF 42 U.S.C. § 405(g)

**BEFORE THE COURT** is the parties' stipulated motion to remand the above-captioned matter to the Commissioner for additional administrative proceedings pursuant to sentence four of 42 U.S.C. § 405(g). ECF No. 16. Attorney Rosemary B. Schurman represents Plaintiff; Special Assistant United States Attorney Edmund Darcher represents Defendant.  The parties have consented to proceed before a magistrate judge.  ECF No. 7. After considering the file and proposed order, **IT IS ORDERED:**

  1.  The parties' Stipulated Motion for Remand, **ECF No. 16**, is **GRANTED**.  The above-captioned case is **REVERSED** and **REMANDED** to the

---

[1]Kilolo Kijakazi became the Acting Commissioner of Social Security on July 9, 2021.  Pursuant to Rule 25(d) of the Federal Rules of Civil Procedure, Kilolo Kijakazi is substituted for Andrew M. Saul as the defendant in this suit.  No further action need be taken to continue this suit.  *See* 42 U.S.C. § 405(g).

ORDER GRANTING STIPULATED MOTION FOR REMAND - 1

Commissioner of Social Security for further administrative proceedings pursuant to sentence four of 42 U.S.C. § 405(g).

On remand, the Commissioner will instruct the administrative law judge (ALJ) to (1) reconsider the medical opinions, including, but not limited to, the opinion of Shirley Shen, Ph.D.; (2) reconsider Plaintiff's severe impairments, including whether traumatic brain injury is a medically determinable and severe impairment; (3) redetermine Plaintiff's claim at steps four and five of the sequential evaluation process, if warranted; (4) further develop the record as necessary; (5) offer Plaintiff the opportunity for a new hearing; and (6) issue a new decision.

2. **Judgment shall be entered for PLAINTIFF**.

3. Plaintiff's Motion for Summary Judgment, **ECF No. 14**, is **STRICKEN AS MOOT**.

4. An application for attorney fees and costs may be filed by separate motion.

**IT IS SO ORDERED**.  The District Court Executive is directed to enter this Order, forward copies to counsel, and **CLOSE THE FILE**.

DATED August 16, 2021.



_____
JOHN T. RODGERS
UNITED STATES MAGISTRATE JUDGE

ORDER GRANTING STIPULATED MOTION FOR REMAND - 2